UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| COURTNEY PATRICK GALYAN, | )   CASE NO. 15-00134-JMC-7 A |
| | ) |
| Debtor(s). | ) |

**TRUSTEE'S REPORT OF POSSIBLE ASSETS AND**
**NOTICE OF PROPOSED ABANDONMENT**

Elliott D. Levin, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Fed.R.Bankr.P.3002(c)(5).

A complete inventory of the property of the Debtor(s) is listed on the attached Form 1.

The Trustee also requests that the Clerk give notice pursuant to Fed.R.Bankr.P.6007(a) that the property listed on the attached Form 1 is to be abandoned as exempt, burdensome, over-encumbered, of inconsequential value to the estate, or otherwise not suitable for administration, with the exception of Asset No. 4, Ceruelo P5 Six Road Bike; Asset No. 5, 100% of CG Bear Enterprises, Inc.; Asset No. 6, 100% of CG Bear 10th St., LLC; Asset No. 7, 100% of CG Bear Harbor, LLC; Asset No. 8, 100% of Galyan's Revolution, LLC; Asset No. 9, 100% of CG Bear Georgetown, LLC; Asset No. 10, Ducati Streetfighter 848; Asset No. 11, laptop; Asset No. 12, Galyan & Son, LLC; Asset No. 13, Tax Refund(s); and Asset No. 14, any and all causes of action arising under the Bankruptcy Code, federal law, or state law, which the Trustee will administer for the benefit of creditors herein.

DATED: June 08, 2015

/s/ Elliott D. Levin
Elliott D. Levin, Trustee
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
(317) 634-0300
edl@rubin-levin.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 08, 2015, a copy of the Trustee's Report of Possible Assets and Notice of Proposed Abandonment was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

KC Cohen
kc@esoft-legal.com

Anthony R. Jost
tjost@rbelaw.com

Henry A. Efroymson
Henry.efroymson@icemiller.com

John M. Rogers
johnr@rubin-levin.net

James T. Young
james@rubin-levin.net

Todd G. Relue
trelue@psrb.com

I further certify that on June 08, 2015, a copy of the Trustee's Report of Possible Assets and Notice of Proposed Abandonment was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:  N/A

                                           /s/ Elliott D. Levin
                                           Elliott D. Levin

EDL/rem g:\wp80\trustee\edl\galyan, courtney - 86019401\asset report.rtf