FORM 1

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No.: | 15-00134 | | Trustee Name: | Elliott D. Levin |
| Case Name: | GALYAN, COURTNEY PATRICK | | Date Filed (f) or Converted (c): | 01/11/2015 (f) |
| For the Period Ending: | 12/31/2015 | | §341(a) Meeting Date: | 02/11/2015 |
| | | | Claims Bar Date: | 09/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  CHECKING ACCOUNT AT HUNTINGTON BANK ENDING IN 6857 | $542.00 | $0.00 | OA | $0.00 | FA |
| 2  REGULAR HOUSEHOLD GOODS | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 3  SIG SAUER HAND GUN | $300.00 | $0.00 | OA | $0.00 | FA |
| 4  CERUELO P5 SIX ROAD BIKE | $2,000.00 | $0.00 | | $0.00 | $2,000.00 |
| 5  100% OF CG BEAR ENTERPRISES, INC. | $0.00 | $0.00 | | $0.00 | FA |
| 6  100% OF CG BEAR 10TH ST., LLC | $0.00 | $0.00 | | $0.00 | FA |
| 7  100% OF CG BEAR HARBOR, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 8  100% OF GALYAN'S REVOLUTION, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 9  100% OF CG BEAR GEORGETOWN, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 10  DUCATI STREETFIGHTER 848 | $7,560.00 | $1,650.00 | | $0.00 | $11,000.00 |
| 11  LAPTOP | $400.00 | $400.00 | | $0.00 | $400.00 |
| 12  GALYAN & SON, LLC (u) | Unknown | $30,000.00 | | $0.00 | $30,000.00 |
| 13  TAX REFUND(S) (u) | Unknown | $1.00 | | $0.00 | $1.00 |
| 14  ANY AND ALL CAUSES OF ACTION ARISING UNDER THE BANKRUPTCY CODE, FEDERAL LAW, OR STATE LAW. (including transfer of interest re: Galyan Enterprises (u) | Unknown | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**

| | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|
| $11,802.00 | $32,052.00 | | $0.00 | $43,402.00 |

**Major Activities affecting case closing:**

12/31/2015  Trustee's counsel is in the process of negotiating a proposed settlement with respect to Galyan & Son and Galyan Enterprises regarding transfers of interest.  Review of non-exempt equity in assets.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2015 | Current Projected Date Of Final Report (TFR): | 12/31/2016 |

/s/ ELLIOTT D. LEVIN

ELLIOTT D. LEVIN